UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:13-CR-41-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEROME ROBINSON | ORDER TO SEAL |

On motion of the Defendant, Jerome Robinson, and for good cause shown, it is hereby ORDERED that the **[DE 36]** be sealed until further notice by this Court.

SO ORDERED. This **27** day of March 2017.

JAMES C. DEVER III
Chief United States District Judge