IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:13-CR-41-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JEROME ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

On June 14, 2018, Jerome Robinson ("Robinson") moved for reconsideration of this court's order denying him a sentence reduction under 18 U.S.C. § 3582(c)(2), U.S.S.G. § 1B1.10, and Amendment 782. See [D.E. 52]; cf. [D.E. 45] (copy of order). The court properly exercised its discretion. See [D.E. 45]; cf. Chavez-Meza v. United States, No. 17-5639, 2018 WL 3013811, at *4–7 (U.S. June 18, 2018); United States v. Muldrow, 844 F.3d 434, 438 (4th Cir. 2016); United States v. Peters, 843 F.3d 572, 580 (4th Cir. 2016). Robinson's arguments lack merit. The motion for reconsideration [D.E. 52] is DENIED.

SO ORDERED. This 19 day of June 2018.

JAMES C. DEVER III
Chief United States District Judge